IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | BRANDON WILLIAM GENTRY REED and CAROLYN CHRISTINE REED | : CHAPTER 13<br>: Case No: 16-17631-ref<br>:<br>:<br>: |
| | Debtors, | : ORIGINAL PLAN   XXX<br>: AMENDED PLAN    ☐ |

### CHAPTER 13 PLAN PRE-CONFIRMATION

---
**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this Plan you must file a timely written objection. This Plan may be confirmed and become binding on you without further notice of hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the Plan.

---

1. **DISCHARGE:**

   **XXX** The Debtors will seek a discharge of debts pursuant to Section 1328(a).

   ☐ The Debtors are not eligible for a discharge of debts because the Debtors have previously received a discharge described in Section 1328(f).

2. **PLAN FUNDING AND LENGTH OF PLAN:**

   A. The future earnings of the debtor are submitted to the supervision and control of the Trustee and the Debtors, **BRANDON WILLIAM GENTRY REED and CAROLYN CHRISTINE REED**, shall pay to the Trustee the total sum **$9,000.00** as follows:

   | Start/End Date | Plan Payment | Total Payment |
   |---|---|---|
   | 11/29/16 through 10/29/21 | $150.00 | $9,000.00 |

   B. The Plan's applicable commitment period is five (5) years.

   C. The Debtors are responsible for funding the Plan.

3. **PRIORITY CLAIMS**

   A. Allowed unsecured claims entitled to priority under Section 507 will be paid in full with the exception of certain assigned Domestic Support Obligations that may

be paid less than in part pursuant to Section 1322(a)(4):

| Name of Creditor | Total Payment | Claim No. |
|---|---|---|
| None. | | |
| | | |

B. Administrative Claims:

(1) Trustee fees. Percentage fees payable to Frederick L. Reigle, Standing Chapter 13 Trustee, will be paid at the rate fixed by the Unites States Trustee, not to exceed 10%.

(2) Attorney Fees. In addition to the retainer of **$1,500.00** already paid by the Debtor, the amount of **$1,500.00** will be paid through the Plan.

4. **SECURED CLAIMS**

A. <u>Mortgages and Other Direct Payments by Debtor</u>. Payments will be made outside the Plan according to the original contract terms, with no modification of contract terms and with liens retained.

| Name of Creditor | Collateral | Monthly Payment | Balance of Claim |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |

B. TOTAL BALANCE OF SECURED CLAIM including the Applicable interest, late fees and costs as follows:

| Name of Creditor | Collateral | Amount to be Paid through Plan | Claim No. |
|---|---|---|---|
| None | | | |

C. <u>ARREARS</u> on Secured Claims as follows:

| Name of Creditor | Collateral | Amount to be Paid through Plan | Claim No. |
|---|---|---|---|
| None. | | | |

5. **UNSECURED CLAIMS:**

After all secured and priority claims have been paid, all allowed unsecured claims shall receive a pro-rata share of the distribution.

6. **EXECUTORY CONTRACT AND UNEXPIRED LEASES:**

The following executory contracts of the Debtors are rejected:

None.

7. **REVESTING OF PROPERTY:**

Title to the Debtors' property shall revest in the Debtors on confirmation of Plan.

8. **LIEN AVOIDANCE:**

Debtors exercise their rights to avoid all liens as allowed by law under 11 U.S.C. Section 522(f).

Dated:  11/21/16                    /s/ Brandon William Gentry Reed
                                    Brandon William Gentry Reed

Dated:  11/21/16                    /s/ Carolyn Christine Reed
                                    Carolyn Christine Reed

Dated:  11/21/16                    /s/ Jose C. Campos, Esquire
                                    Jose C. Campos, Esquire
                                    Attorney for Debtors

Acceptances may be mailed to:
Jose C. Campos, Esquire
The Law Offices of Jose C. Campos
251 East Broad St.
Bethlehem, PA 18018

PAYMENTS TO THE STANDING CHAPTER 13 TRUSTEE
SHOULD BE MADE PAYABLE AND MAILED AS FOLLOWS:

Frederick L. Reigle, Trustee
P.O. Box 680
Memphis, TN 38101-0680